THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against CHRISTOPHER WEST et al., Appellants.

Argued October 7, 1952; decided October 16, 1952.

*Sidney Roffman* for appellants.

*Walter S. Fried* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.